TRACY L. WILKISON                                                    JS-6
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
 Social Security Administration, Region IX
 160 Spear St., Suite 800
 San Francisco, CA  94105
 Telephone: 510-970-4820
 Facsimile: 415-744-0134
 e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| THOMAS JAMES GARDNER,<br><br>  Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:20-cv-09560-PD<br><br>JUDGMENT OF REMAND |

  The Court, having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

above-captioned action is remanded to the Commissioner of Social Security for further

proceedings consistent with the Stipulation to Remand.

DATED:  September 20, 2021

          *Patricia Donahue*

         HON. PATRICIA DONAHUE
         UNITED STATES MAGISTRATE JUDGE